Submitted on record and briefs May 17, on petition, reversed and remanded for reconsideration; affirmed on cross-petition June 9, 1993

In the Matter of the Compensation of
Douglas J. Camberg, Claimant.

GUNDERSON INC.
and Liberty Northwest Insurance Corporation,
*Petitioners - Cross-Respondents,*

*v.*

Douglas J. CAMBERG,
*Respondent - Cross-Petitioner.*

(WCB 91-07520; CA A75248)

853 P2d 1328

Alexander D. Libman, Portland, filed the briefs for petitioners - cross-respondents.

Kevin N. Keaney, Portland, filed the brief for respondent - cross-petitioner. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

On petition, reversed and remanded for reconsideration. *SAIF v. Herron*, 114 Or App 64, 836 P2d 131, *rev den* 315 Or 271 (1992). Affirmed on cross-petition.